# Third District Court of Appeal
## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1961
Lower Tribunal No. 16-33223

————————

**Genesis Support Coordination Company**,
Appellant,

vs.

**Pedro Herrera, et al.**,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Solnick Law P.A., and Peter J. Solnick,  for appellant.

Law Offices of Geoffrey B. Marks, and Geoffrey B. Marks, for appellees.

Before LOGUE, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.